**COMPLAINT/REMOVAL DISMISSAL**
United States District Court
Southern District of New York

Mag. Judge Dkt. No. 18-MJ-3122     Date 6-29-20

USAO No. 2018R00535

The Government respectfully requests the Court to dismiss without prejudice the ____ Complaint ✓ Removal Proceedings in

United States v. Ney Antonio Lopez De La Cruz

~~The Complaint~~/Rule 40 Affidavit was filed on April 12, 2018

✓ U.S. Marshals please withdraw warrant.

ASSISTANT UNITED STATES ATTORNEY
Karin Portlock
(Print name)

**SO ORDERED:**

Katharine H. Parker
UNITED STATES MAGISTRATE JUDGE     DATE 6/30/2020

Distribution:   White → Court     Yellow → U.S. Marshals     Green → Pretrial Services     Pink → AUSA Copy